# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT ALLEN SULLIVAN-SEHER,

        Defendant.

No. 2:17-cr-612-JAK-2

**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. 158)**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the motion for early termination of Mr. Robert Sullivan-Seher's supervised release is GRANTED and his supervised release is terminated.

Dated: June 30, 2026

_____
John A. Kronstadt
United States District Judge

cc: USPPO